# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

MILDRED E. WALKER,

    Plaintiff,

v.                                          CASE NO.  5:07cv232-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

## ORDER OF REMAND

This matter is before the court on the Magistrate judge's amended report and recommendation (document 13), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The amended report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's motion to remand (document 9) is GRANTED. The case is REMANDED to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings and in accordance with the Amended Report and Recommendation.  The Commissioner must file a status report by March 9, 2008, and every 45 days thereafter.  The file shall be

*Page 2 of 2*

returned to the magistrate judge upon the filing of each status report.

SO ORDERED this 9th day of January, 2008.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge