IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MILDRED E. WALKER,
    Plaintiff,

v.                                    Case No:   5:07cv232/RH/EMT

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        By order of this court dated January 9, 2008 (Doc. 14), this case was remanded to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings in accordance with the Amended Report and Recommendation (Doc. 13).  This cause is now before the court upon Defendant's Motion for Final Judgment (Doc. 18).

        In the instant motion, Defendant advises that upon remand Plaintiff was found eligible for benefits in a favorable Administrative Law Judge (ALJ) decision dated June 26, 2008 (Doc. 18 at 1).  Attached to Defendant's motion is a copy of the ALJ's "fully favorable" decision (Doc. 18, Attach.).  Because Plaintiff received full relief, Defendant requests that the court enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, noting that entry of final judgment "will begin the appeal period, which determines the 30-day period during which a timely application for attorney fees may be made under the Equal Access to Justice Act (EAJA)" (Doc. 18 at 1–2).  Although Defendant's motion does not indicate whether Plaintiff opposes or

consents to the relief requested, the relief sought is favorable to Plaintiff, and it is unlikely Plaintiff would have any objection.[1]

Accordingly, it is respectfully **RECOMMENDED**:

1.    That Defendant's Motion for Final Judgment (Doc. 18) be **GRANTED**.

2.    That a final judgment, pursuant to Rule 58 of the Federal Rules of Civil Procedure, be **ENTERED**.

At Pensacola, Florida this 24th day of July 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**

---

[1] In the unlikely event Plaintiff has any objection to the relief requested, Plaintiff will be given an opportunity to be heard, as explained in the "Notice to Parties," *infra*.