IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MILDRED E. WALKER,

    Plaintiff,

v.                                 CASE NO.  5:07cv232-RH/EMT

MICHAEL J. ASTRUE,

    Defendant.

_____/

**ORDER FOR ENTRY OF JUDGMENT**

This matter is before the court on the magistrate judge's report and recommendation (document 20).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The defendant's motion for entry of judgment (document 18) is GRANTED.  The clerk must enter judgment stating, "This case is dismissed as moot."  The clerk must close the file.

SO ORDERED on September 23, 2008.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge